UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIONISIO D. POSILERO,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES SUPERIOR COURT, et al.,<br><br>        Defendants. | Case No. 22-cv-09205-WHO<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 11 |

On February 17, 2023, Magistrate Judge Kandis A. Westmore issued a Report and Recommendation, recommending that this *pro se* case be dismissed as plaintiff's claims regarding proceedings and rulings made in Los Angeles Superior Court are barred by the *Rooker-Feldman* doctrine and plaintiff's complaint regarding a prejudicial and unhelpful letter from an employee working for the Los Angeles County Treasurer & Tax Collector failed to state a federal claim that could confer jurisdiction over this matter. Dkt. No. 11.

Objections to the Report and Recommendation were due by March 3, 2023. As of today's date, no response to the Report and Recommendation has been filed.

Having reviewed the Report and Recommendation and the full record of this case (including correspondence from plaintiff that were received prior to Judge Westmore issuing her Report and Recommendation, Dkt. Nos., 7, 9, 10), I ADOPT the Report and Recommendation in full and DISMISS this case without prejudice for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: March 16, 2023



William H. Orrick
United States District Judge